UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:99-CR-257-G |
| MARGIE ANN JOE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| AND ) | |
| ) | |
| SSI CLAIMSNET, LLC, ) | |
| ) | |
| Garnishee. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that defendant Margie Ann Joe's claim for exemptions, request for hearing, and/or request for transfer (docket entry 51) is **DENIED**.

June 30, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**